IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA T. PATTERSON, individually and d/b/a PATTERSON ENTERPRISES, INC., JANNA PUMMILL, and ADAM PUMMILL,<br><br>Defendant. | CV 21–58–M–DLC<br><br>ORDER |

Before the Court is Defendants Janna Pummill's and Adam Pummill's Unopposed Motion to Appear at the Preliminary Pretrial Conference by Telephone. (Doc. 11.)  The basis of this motion is that counsel for the Pummills will be out of town during the preliminary pretrial conference.  (*Id.*)  The Court will grant the motion.  Additionally, the Court will order that all other parties appear telephonically at the preliminary pretrial conference as well.

Accordingly, IT IS ORDERED that the motion (Doc. 11) is GRANTED.

IT IS FURTHER ORDERED that lead trial counsel for the respective parties

1

shall appear **telephonically**[1] at the preliminary pretrial conference currently scheduled for Thursday, October 7, 2021 at 1:30 p.m.

The Court's prior preliminary pretrial conference order (Doc. 6) remains in full force and effect in all other respects.

DATED this 28th day of September, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court

---

[1] DIAL: 1-888-684-8852 and ENTER ACCESS CODE: 4181912