UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>JANNA PUMMILL AND ADAM PUMMILL,<br><br>Defendants and Counter-Plaintiffs. | Case No. CV 21-58-M-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that summary judgment is granted in favor of Mountain West.

Dated this 6th day of December, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Sue Clark
Sue Clark, Deputy Clerk