Bradley J. Luck
Leah T. Handelman
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
bjluck@garlington.com
lthandelman@garlington.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JANNA PUMMILL and ADAM PUMMILL,<br><br>Defendants. | Cause No. CV 21-58-M-SEH<br><br><br>AFFIDAVIT OF RUBEN DOMINGUEZ |

STATE OF MONTANA   )
                              : ss.
County of _Gallatin_

    RUBEN DOMINGUEZ, duly sworn upon his oath, deposes and states as follows:

1. I am employed as the Director of Litigation and Montana Claims for Mountain West Farm Bureau Mutual Insurance Company ("Mountain West").

2. I was responsible for overseeing Adam Pummill's and Janna Pummill's claims in the underlying actions giving rise to this declaratory action and have reviewed all the bills submitted to Mountain West in connection with their defense.

3. Attached as Exhibit A are true and correct copies of bills submitted to and paid by Mountain West in connection with the defense of Adam Pummill in the underlying lawsuit against him. These bills were submitted by retained defense counsel, the Drake Law Firm P.C., and were represented to reflect the reasonable and necessary fees and expenses incurred to defend Adam Pummill in the underlying action against him.

4. The total amount of attorney fees and costs that Mountain West paid for the defense of Adam Pummill in the underlying lawsuit against him was $119,813.50.

5. Attached as Exhibit B are true and correct copies of bills submitted to and paid by Mountain West in connection with the defense of Janna Pummill in the underlying lawsuit against her. These bills were submitted by retained defense counsel, the Drake Law Firm, P.C., and were represented to reflect the reasonable

and necessary fees and expenses incurred to defend Janna Pummill in the underlying action against her.

6. The total amount of attorney fees and costs that Mountain West paid for the defense of Janna Pummill in the underlying lawsuit against her was $35,159.84.

7. The total amount of attorney fees and costs that Mountain West paid for the defense of Adam Pummill and Janna Pummill in the underlying lawsuits against them is $154,973.34.

DATED this 20 day of December, 2022.

_____

SUBSCRIBED AND SWORN TO before me this 20 day of December, 2022, by Ruben Dominguez.

_____
Notary Public for the State of Montana

JUSTIN SKILLMAN
Notary Public
for the State of Montana
Residing at:
Manhattan, Montana
My Commission Expires:
July 24, 2023