

# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

|  |  |
|---|---|
| Invoice #: | 3691 |
| Date: | 06-03-2021 |

MOUNTAIN WEST FARM BUREAU
931 Boulder Drive
Lamamie, WY 82070

**Matter Name:** Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 05-18-21 | MK | Email to ███████████ | 0.10 | 195.00 | $19.50 |
| 05-18-21 | MK | Review filings ██████ | 0.40 | 195.00 | $78.00 |
| 05-19-21 | MK | Emails with ████████ | 0.10 | 195.00 | $19.50 |
| 05-19-21 | MK | Review and evaluate █████████████ | 0.40 | 195.00 | $78.00 |
| 05-19-21 | MK | Review discovery ████████████████ | 0.70 | 195.00 | $136.50 |
| 05-20-21 | MK | Multiple emails with ██████████ | 0.40 | 195.00 | $78.00 |
| 05-20-21 | MK | Call with ████████████ firm | 0.20 | 195.00 | $39.00 |
| 05-20-21 | MK | Continue review ████████ | 0.40 | 195.00 | $78.00 |
| 05-21-21 | MK | Review ████████ | 0.30 | 195.00 | $58.50 |
| 05-21-21 | MK | Emails ██████ | 0.10 | 195.00 | $19.50 |
| 05-21-21 | MK | Begin review ████████████ | 0.60 | 195.00 | $117.00 |
| 05-24-21 | MK | Emails to ██████████ | 0.10 | 195.00 | $19.50 |

| 05-24-21 | MK | Continue review ███████████ | 0.50 | 195.00 | $97.50 |

Services Subtotal: $838.50

Total $838.50

**Statement Account Summary**

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $0.00 | + | $838.50 | - | $0.00 | = | **$838.50** |



## INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 3724 |
| Date: | 07-01-2021 |

MOUNTAIN WEST FARM BUREAU
931 Boulder Drive
Lamamie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 06-01-21 | MK | Phone call and emails ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 06-02-21 | MK | Phone call ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 06-02-21 | MK | Emails with ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 06-02-21 | MK | Initial review of ▮▮▮▮▮ | 0.40 | 195.00 | $78.00 |
| 06-02-21 | MK | Continue review ▮▮▮▮▮ | 0.40 | 195.00 | $78.00 |
| 06-11-21 | MK | Call ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 06-14-21 | MK | Call ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 06-14-21 | MK | Emails with ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 06-30-21 | MK | Emails with ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 06-30-21 | MK | Continue review and ▮▮▮▮▮ | 0.70 | 195.00 | $136.50 |

Services Subtotal: $487.50

|       | Total | $487.50 |
|-------|-------|---------|

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|------------------|---|-------------|---|-------------------|---|--------------------------|
| $838.50 | + | $487.50 | - | $838.50 | = | **$487.50** |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 3991 |
| Date: | 08-04-2021 |

MOUNTAIN WEST FARM BUREAU
931 Boulder Drive
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 07-01-21 | MK | Research and investigation ▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-02-21 | MK | Email ▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-02-21 | MK | Evaluate ▮▮▮ | 0.30 | 195.00 | $58.50 |
| 07-06-21 | MK | Email to ▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-07-21 | MK | Call and emails ▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-07-21 | MK | Legal research ▮▮▮ | 0.40 | 195.00 | $78.00 |
| 07-07-21 | MK | Phone Correspondence ▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-07-21 | MK | Phone Correspondence ▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-07-21 | MK | Continue review ▮▮▮ | 0.50 | 195.00 | $97.50 |
| 07-08-21 | MK | Emails with ▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-08-21 | MK | Emails with ▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-09-21 | MK | Research - ▮▮▮ | 0.20 | 195.00 | $39.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-13-21 | MK | Conference with ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-13-21 | MK | Telephone conference with ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-13-21 | MK | Phone Correspondence ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-14-21 | MK | Conference with ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-15-21 | MK | Various emails with ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-16-21 | MK | Email to ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-19-21 | MK | Emails with ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-19-21 | MK | Conference with ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-19-21 | MK | Prepare fo ▮▮▮▮▮ | 0.30 | 195.00 | $58.50 |
| 07-20-21 | MK | Emails with ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-20-21 | MK | Prepare fo ▮▮▮▮▮ | 0.30 | 195.00 | $58.50 |
| 07-21-21 | MK | Emails ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-21-21 | MK | Calls and emails with ▮▮▮▮▮ | 0.30 | 195.00 | $58.50 |
| 07-21-21 | MK | Prepare fo ▮▮▮▮▮ | 0.70 | 195.00 | $136.50 |
| 07-21-21 | MK | Prepare fo ▮▮▮▮▮ | 0.40 | 195.00 | $78.00 |
| 07-22-21 | MK | ▮▮▮▮▮ | 1.80 | 195.00 | $351.00 |
| 07-22-21 | MK | Meeting a ▮▮▮▮▮ | 2.10 | 195.00 | $409.50 |
| 07-23-21 | MK | Emails with ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 07-23-21 | MK | Calls with ▮▮▮▮▮ | 0.30 | 195.00 | $58.50 |
| 07-23-21 | MK | Evaluate ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-23-21 | MK | Evaluate ▮▮▮▮▮ | 0.20 | 195.00 | $39.00 |
| 07-23-21 | MK | Prepare ▮▮▮▮▮ | 0.30 | 195.00 | $58.50 |

| 07-26-21 | MK | Drive from Missoula to Helena for deposition ███████ ██████████ | 0.90 | 195.00 | $175.50 |
| 07-26-21 | MK | Prepare ████████ | 1.30 | 195.00 | $253.50 |
| 07-27-21 | MK | Prepare for ████████████████████████████ ██ ████████████ | 1.10 | 195.00 | $214.50 |
| 07-27-21 | MK | Josh Patterson Deposition ████████████ | 2.60 | 195.00 | $507.00 |
| 07-28-21 | MK | Drive from Missoula to Helena after deposition ████ ████████ | 0.90 | 195.00 | $175.50 |
| 07-28-21 | MK | Emails ████████ | 0.10 | 195.00 | $19.50 |
| 07-28-21 | MK | Prepare ████████ | 0.40 | 195.00 | $78.00 |
| 07-29-21 | MK | Prepare ██████████████ | 1.30 | 195.00 | $253.50 |
| 07-30-21 | MK | Meet █████████ | 1.10 | 195.00 | $214.50 |
| 07-30-21 | MK | Defend ██████████ | 2.10 | 195.00 | $409.50 |

Services Subtotal: $4,426.50

## Expenses

| 07-31-21 | MO | ████████████████████████1 | 1.00 | 56.35 | $56.35 |
| 07-31-21 | MO | ████████████████████████1 | 1.00 | 32.80 | $32.80 |
| 07-31-21 | MO | Lodging Depos - 7/26 - 7/27/2021 | 1.00 | 686.38 | $686.38 |
| 07-31-21 | MO | Dinner - 7/27/2021 | 1.00 | 11.70 | $11.70 |
| 07-31-21 | MO | Lunch Depo - 7/30/2021 | 1.00 | 6.46 | $6.46 |
| 07-31-21 | MO | Invoice #1-21 - Subpoena Services | 1.00 | 718.85 | $718.85 |
| 07-31-21 | MO | Helena to Missoula Round Trip 7/30/2021 Depos - 226 miles @ $.56/mile | 1.00 | 126.56 | $126.56 |
| 07-31-21 | MO | Helena to Missoula Round Trip 7/28/2021 Depos - 226 miles @ $.56/mile | 1.00 | 126.56 | $126.56 |
| 07-31-21 | MO | Helena to Missoula Round Trip 7/26/2021 Depos - 226 miles @ $.56/mile | 1.00 | 126.56 | $126.56 |

| 07-31-21 | MO | Helena to Missoula Round Trip 7/22/2021 ███████ 226 miles @ $.56/mile | 1.00 | 126.56 | $126.56 |
|----------|----|----|----|----|----|

Expenses Subtotal: $2,018.78

Total $6,445.28

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|------------------|---|-------------|---|-------------------|---|--------------------------|
| $487.50 | + | $6,445.28 | - | $487.50 | = | $6,445.28 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 4030 |
| Date: | 09-01-2021 |
| Due On: | 10-01-2021 |

MOUNTAIN WEST FARM BUREAU
931 Boulder Drive
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 08-19-21 | MK | Emails ███ | 0.10 | 195.00 | $19.50 |
| 08-24-21 | MK | Emails ███ | 0.10 | 195.00 | $19.50 |
| 08-25-21 | MK | Emails ███ | 0.10 | 195.00 | $19.50 |
| 08-26-21 | MK | Email ███ | 0.10 | 195.00 | $19.50 |
| 08-30-21 | MK | Emails ███ | 0.10 | 195.00 | $19.50 |

Services Subtotal: $97.50

| | |
|---|---|
| Total | $97.50 |
| Payment | $0.00 |
| Balance Owing | $97.50 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- |
| $6,445.28 | + | $97.50 | - | $6,445.28 | = | $97.50 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 4380 |
| Date: | 11-01-2021 |
| Due On: | 12-01-2021 |

MOUNTAIN WEST FARM BUREAU
931 Boulder Drive
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10-01-21 | PK | Research and ███████ | 1.50 | 185.00 | $277.50 |
| 10-01-21 | MK | Revise ███████ | 1.60 | 195.00 | $312.00 |
| 10-01-21 | MK | Final edit ███████ | 0.50 | 195.00 | $97.50 |
| 10-01-21 | AP | Review ███████ | 1.30 | 125.00 | $162.50 |
| 10-05-21 | MK | Emails ███ | 0.10 | 195.00 | $19.50 |
| 10-08-21 | MK | Emails ███ | 0.10 | 195.00 | $19.50 |
| 10-12-21 | MK | Emails ███ | 0.20 | 195.00 | $39.00 |
| 10-21-21 | MK | Review ███████ | 0.10 | 195.00 | $19.50 |
| 10-27-21 | MK | Work on ███████ | 1.10 | 195.00 | $214.50 |
| 10-28-21 | MK | Evaluate ███████ | 0.20 | 195.00 | $39.00 |
| 10-28-21 | MK | Research ███████ | 0.40 | 195.00 | $78.00 |

| 10-28-21 | MK | Email ███████████ | | | 0.10 | 195.00 | $19.50 |
| 10-29-21 | MK | Emails ██████████ | | | 0.10 | 195.00 | $19.50 |

Services Subtotal: $1,317.50

| Total | $1,317.50 |
| Payment | $0.00 |
| Balance Owing | $1,317.50 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $97.50 | + | $1,317.50 | - | $97.50 | = | **$1,317.50** |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 4510 |
| Date: | 12-01-2021 |
| Due On: | 12-31-2021 |

MOUNTAIN WEST FARM BUREAU
931 Boulder Drive
Lamamie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11-01-21 | MK | Emails███████ | 0.10 | 195.00 | $19.50 |
| 11-02-21 | MK | Email████████ | 0.10 | 195.00 | $19.50 |
| 11-02-21 | MK | Phone call████████████ | 0.10 | 195.00 | $19.50 |
| 11-02-21 | MK | Legal research and███████████ | 0.50 | 195.00 | $97.50 |
| 11-03-21 | MK | Research and██████████ | 0.50 | 195.00 | $97.50 |
| 11-04-21 | MK | Work on██████████ | 2.50 | 195.00 | $487.50 |
| 11-04-21 | MK | Phone conference██████ | 0.20 | 195.00 | $39.00 |
| 11-06-21 | MK | Email████ | 0.10 | 195.00 | $19.50 |

Services Subtotal: $799.50

|              |          |
|--------------|----------|
| Total        | $799.50  |
| Payment      | $0.00    |
| Balance Owing| $799.50  |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $1,317.50 | + | $799.50 | - | $1,317.50 | = | **$799.50** |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 4727 |
| Date: | 02-02-2022 |
| Due On: | 03-04-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 01-10-22 | MK | Review and ███████████████ | 0.30 | 195.00 | $58.50 |
| 01-10-22 | MK | Email to ████████████ | 0.10 | 195.00 | $19.50 |

Services Subtotal: $78.00

| | |
|---|---|
| Total | $78.00 |
| Payment | $0.00 |
| Balance Owing | $78.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $799.50 | + | $78.00 | - | $799.50 | = | $78.00 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 4815 |
| Date: | 03-01-2022 |
| Due On: | 03-31-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 02-02-22 | MK | Email to ███████████ | 0.10 | 195.00 | $19.50 |

Services Subtotal: $19.50

| | |
|---|---|
| Total | $19.50 |
| Payment | $0.00 |
| Balance Owing | $19.50 |

### Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $78.00 | + | $19.50 | - | $78.00 | = | **$19.50** |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 4937 |
| Date: | 04-01-2022 |
| Due On: | 05-01-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 03-04-22 | MK | Call with ▮▮▮▮ | 0.10 | 195.00 | $19.50 |
| 03-09-22 | MK | Review and evaluate ▮▮▮▮▮▮▮▮▮▮ | 0.50 | 195.00 | $97.50 |
| 03-23-22 | MK | Draft ▮▮▮▮▮ | 0.10 | 195.00 | $19.50 |

Services Subtotal: $136.50

| | |
|---|---|
| Total | $136.50 |
| Payment | $0.00 |
| Balance Owing | $136.50 |

### Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $19.50 | + | $136.50 | - | $19.50 | = | $136.50 |

Exhibit B -  17



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 5057 |
| Date: | 05-03-2022 |
| Due On: | 06-02-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 04-18-22 | MK | Initial evaluation ▇▇▇▇▇ | 0.30 | 195.00 | $58.50 |
| 04-18-22 | MK | Emails with ▇▇▇▇▇ | 0.10 | 195.00 | $19.50 |
| 04-21-22 | MK | Evaluate ▇▇▇▇▇ | 0.50 | 195.00 | $97.50 |
| 04-21-22 | MK | Conference ▇▇▇▇ | 0.50 | 195.00 | $97.50 |
| 04-21-22 | MK | Emails ▇▇▇▇ | 0.10 | 195.00 | $19.50 |
| 04-21-22 | MK | Online research and investigation ▇▇▇▇ | 0.20 | 195.00 | $39.00 |

Services Subtotal: $331.50

| | |
|---|---|
| Total | $331.50 |
| Payment | $0.00 |
| Balance Owing | $331.50 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $136.50 | + | $331.50 | - | $136.50 | = | $331.50 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 5174 |
| Date: | 06-01-2022 |
| Due On: | 07-01-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

**Matter Name:** Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 05-26-22 | MK | Work on ▮▮▮▮▮▮▮▮▮▮ | 1.20 | 195.00 | $234.00 |

Services Subtotal: $234.00

| | |
|---|---|
| Total | $234.00 |
| Payment | $0.00 |
| Balance Owing | $234.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $331.50 | + | $234.00 | - | $331.50 | = | $234.00 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 5413 |
| Date: | 07-06-2022 |
| Due On: | 08-04-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

**Matter Name:** Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

## Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 06-06-22 | MK | Evaluate and research ████████████ | 0.50 | 195.00 | $97.50 |
| 06-09-22 | MK | Telephone Conference and emails ████████ | 0.70 | 195.00 | $136.50 |
| 06-09-22 | MK | Telephone Conference with ████████ | 0.20 | 195.00 | $39.00 |
| 06-09-22 | MK | Emails with ███████ | 0.10 | 195.00 | $19.50 |
| 06-09-22 | MK | Continue to work on █████████████ | 0.90 | 195.00 | $175.50 |
| 06-09-22 | MK | Emails with ████████ | 0.20 | 195.00 | $39.00 |
| 06-10-22 | MK | Emails with ██████ | 0.10 | 195.00 | $19.50 |
| 06-10-22 | MK | Telephone Conference with ████████ | 0.20 | 195.00 | $39.00 |
| 06-10-22 | MK | Emails with ████████ | 0.20 | 195.00 | $39.00 |
| 06-10-22 | MK | Work on ████████████ | 0.80 | 195.00 | $156.00 |
| 06-13-22 | MK | Emails with ████████ | 0.10 | 195.00 | $19.50 |

| 06-13-22 | MK | Telephone conference ███████████ | 0.10 | 195.00 | $19.50 |
| 06-13-22 | MK | Work on ██████████ | 0.20 | 195.00 | $39.00 |
| 06-14-22 | MK | Emails and call with ██████ | 0.30 | 195.00 | $58.50 |
| 06-14-22 | MK | Emails with █████████ | 0.30 | 195.00 | $58.50 |
| 06-14-22 | MK | Emails with ████████ | 0.30 | 195.00 | $58.50 |
| 06-14-22 | MK | Work on ██████████████ | 1.10 | 195.00 | $214.50 |
| 06-15-22 | AP | Review and edit ██████████ | 0.20 | 125.00 | $25.00 |
| 06-15-22 | MK | Emails with ██████ | 0.10 | 195.00 | $19.50 |
| 06-15-22 | MK | Continue to ████████████ | 0.90 | 195.00 | $175.50 |
| 06-15-22 | MK | Emails with ████████ | 0.30 | 195.00 | $58.50 |
| 06-16-22 | MK | Calls and emails ██████████ | 0.70 | 195.00 | $136.50 |
| 06-16-22 | MK | Calls and emails with ██████████ | 0.60 | 195.00 | $117.00 |
| 06-16-22 | MK | Revise draft ████████ | 0.30 | 195.00 | $58.50 |
| 06-17-22 | MK | Emails with ██████ | 0.20 | 195.00 | $39.00 |
| 06-17-22 | MK | Research for ██████████ | 0.30 | 195.00 | $58.50 |
| 06-17-22 | MK | Review ██████████ | 0.40 | 195.00 | $78.00 |
| 06-20-22 | MK | Telephone Conference █████████ | 0.20 | 195.00 | $39.00 |
| 06-20-22 | MK | Emails ████ | 0.10 | 195.00 | $19.50 |
| 06-20-22 | MK | Review/investigate ██████████ | 0.30 | 195.00 | $58.50 |
| 06-20-22 | MK | Emails with ██████████ settlement | 0.10 | 195.00 | $19.50 |
| 06-22-22 | MK | Emails ████ | 0.10 | 195.00 | $19.50 |

| 06-22-22 | MK | Telephone Conference | 0.30 | 195.00 | $58.50 |
|----------|----|----|------|--------|--------|
| 06-22-22 | MK | Telephone Conference | 0.40 | 195.00 | $78.00 |
| 06-24-22 | MK | Email to | 0.10 | 195.00 | $19.50 |
| 06-27-22 | MK | Emails with | 0.10 | 195.00 | $19.50 |
| 06-27-22 | MK | Email to | 0.10 | 195.00 | $19.50 |
| 06-27-22 | MK | Draft | 0.10 | 195.00 | $19.50 |
| 06-29-22 | MK | Emails | 0.10 | 195.00 | $19.50 |
| 06-30-22 | MK | Emails | 0.20 | 195.00 | $39.00 |
| 06-30-22 | MK | Evaluate | 0.20 | 195.00 | $39.00 |

Services Subtotal: $2,462.50

| Total | $2,462.50 |
|-------|-----------|
| Payment | $0.00 |
| Balance Owing | $2,462.50 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|------------------|---|-------------|---|-------------------|---|--------------------------|
| $234.00 | + | $2,462.50 | - | $234.00 | = | $2,462.50 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 5432 |
| Date: | 08-08-2022 |
| Due On: | 09-07-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

## Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 07-01-22 | MK | Call with ███████████ | 0.20 | 195.00 | $39.00 |
| 07-07-22 | MK | Telephone Conferences ████████ | 0.60 | 195.00 | $117.00 |
| 07-07-22 | MK | Prepare ████████ | 0.90 | 195.00 | $175.50 |
| 07-07-22 | MK | Attend ████████ | 0.50 | 195.00 | $97.50 |
| 07-11-22 | MK | Emails ████ | 0.10 | 195.00 | $19.50 |
| 07-12-22 | MK | Continue ████ | 0.30 | 195.00 | $58.50 |
| 07-15-22 | MK | Continue ████████ | 0.30 | 195.00 | $58.50 |

Services Subtotal: $565.50

| | |
|---|---|
| Total | $565.50 |
| Payment | $0.00 |
| Balance Owing | $565.50 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $2,462.50 | + | $565.50 | - | $2,462.50 | = | **$565.50** |

**Carly Oskroba**

| | |
|---|---|
| **From:** | Angie Petrosky <angie@drakemt.com> |
| **Sent:** | Tuesday, October 11, 2022 1:14 PM |
| **To:** | Carly Oskroba |
| **Cc:** | Michael Kauffman; Bill Bergmann |
| **Subject:** | Pummill - Claim No Z4512 |
| **Attachments:** | Invoice #1.pdf |

**Caution: [EXTERNAL EMAIL]**
Verify the Sender, Web Links and Attachments.
Be sure the content is safe before opening.

Good afternoon Carly,

Attached is an invoice from Litigation Abstract for work being done in the *Pummill v Patterson* case for the scanning of the Supplemental Discovery Documents Mr. Patterson provided in May. (Mike discussed the handling of the production with Mr. Bergman back in June and provided an estimate from Litigation Abstract.)

Although it is being charged on a per page basis, this invoice should cover approximately one-third of the boxes produced. Please pay Litigation Abstract directly. If you need any additional information or if you have any questions, please let Mike or I know. Thank you.

**Angela D. Petrosky**
Paralegal
DRAKE LAW FIRM, P.C.
111 North Last Chance Gulch
Suite 3J, Arcade Building
Helena, MT 59601
(406) 495-8080 (o)
(406) 495-1616 (f)

angie@drakemt.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system. You may also call 406-495-8080 for assistance. Thank you for your cooperation.

1

# LITIGATION ABSTRACT, INC.

OFFICES IN
MISSOULA
AND SEATTLE

P.O. Box 9323
Missoula, MT 59807-9323
(406) 728-3830 Phone/(406)721-2172 Fax
www.litigationabstract.com
Employer ID No. 81-0456896

**Bill To:**
**Angie Petrosky**
Drake Law Firm, P.C.
Helena          MT          59601

October 6, 2022
Page 1 of 1
Invoic       **2209011**

**Via Email**

Project No.  2144 - Patterson v Pummill Scanning

For June - September 30, 2022

| Pages Scanned | Units | Rate | Amount Due |
|---|---|---|---|
| Boxes 1 - 8; 9 - 12; 16; 17 | 38,989 pages | $0.27/page | 10,527.03 |
| | | **Total Invoice** | **$   10,527.03** |

Submitted By:

I certify the above charges are correct and just and that payment for such charges have not been received.

# LITIGATION ABSTRACT, INC.

OFFICES IN
MISSOULA
AND SEATTLE

P.O. Box 9323
Missoula, MT 59807-9323
(406) 728-3830 Phone/(406)721-2172 Fax
www.litigationabstract.com
Employer ID No. 81-0456896

**Bill To:**
**Angie Petrosky**
Drake Law Firm, P.C.
Helena          MT          59601

**October 6, 2022**
Page 1 of 1
Invoic          **2209011**

**Via Email**

Project No.  2144 - Patterson v Pummill Scanning

For June - September 30, 2022

| Pages Scanned | Units | Rate | Amount Due |
|---|---|---|---|
| Boxes 1 - 8; 9 - 12; 16; 17 | 38,989 pages | $0.27/page | 10,527.03 |

**Total Invoice**     $   **10,527.03**

Submitted By:
I certify the above charges are correct and just and that payment for such charges have not been received.

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

CPMT INVESTMENTS LLC

**2** Business name/disregarded entity name, if different from above

LITIGATION ABSTRACT

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☑ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

100 N 27TH STREET STE 550

Requester's name and address (optional)

**6** City, state, and ZIP code

BILLINGS, MT 59101

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

or

**Employer identification number**

8 8 – ▓▓▓▓▓▓

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ *[signature]* | Date ▶ 10·11·2022

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 5747 |
| Date: | 10-05-2022 |
| Due On: | 11-04-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

**Matter Name:** Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 09-29-22 | MK | Review | 0.40 | 195.00 | $78.00 |

Services Subtotal: $78.00

| | |
|---|---|
| Total | $78.00 |
| Payment | $0.00 |
| Balance Owing | $78.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $565.50 | + | $78.00 | - | $565.50 | = | $78.00 |



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 5881 |
| Date: | 11-02-2022 |
| Due On: | 12-02-2022 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10-10-22 | MK | Review ██████████ | 0.30 | 195.00 | $58.50 |
| 10-17-22 | MK | Review ███████████ | 0.30 | 195.00 | $58.50 |

Services Subtotal: $117.00

| | |
|---|---|
| Total | $117.00 |
| Payment | $0.00 |
| Balance Owing | $117.00 |

### Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $78.00 | + | $117.00 | - | $78.00 | = | **$117.00** |

**Carly Oskroba**

| | |
|---|---|
| **From:** | Angie Petrosky <angie@drakemt.com> |
| **Sent:** | Tuesday, November 15, 2022 12:41 PM |
| **To:** | Carly Oskroba |
| **Cc:** | Michael Kauffman |
| **Subject:** | Pummill - Claim No Z4512 |
| **Attachments:** | Lititgation Abstract Invoice #2.pdf |

**Caution: [EXTERNAL EMAIL]**
Verify the Sender, Web Links and Attachments.
Be sure the content is safe before opening.

Good afternoon Carly,


Attached the second Invoice from Litigation Abstract for work being done in the *Pummill v Patterson* case for the scanning of the Supplemental Discovery Documents Mr. Patterson provided in May.


Of the 50 or so boxes, approximately half have been scanned.   Please pay Litigation Abstract directly.    If you need any additional information or if you have any questions, please let Mike or I know.  Thank you.

**Angela D. Petrosky**
Paralegal
DRAKE LAW FIRM, P.C.
111 North Last Chance Gulch
Suite 3J, Arcade Building
Helena, MT 59601
(406) 495-8080 (o)
(406) 495-1616 (f)

angie@drakemt.com


CONFIDENTIALITY NOTICE:  This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and deleting this copy from your system.  You may also call 406-495-8080 for assistance.  Thank you for your cooperation.

# LITIGATION ABSTRACT, INC.

OFFICES IN
MISSOULA
AND SEATTLE

P.O. Box 9323
Missoula, MT 59807-9323
(406) 728-3830 Phone/(406)721-2172 Fax
www.litigationabstract.com
Employer ID No. 81-0456896

**Bill To:**
**Angie Petrosky**
**Drake Law Firm, P.C.**
Helena          MT          59601

November 6, 2022
Page 1 of 1
Invoic          **2210011**

**Via Email**

**Project No.  2144 - Patterson v Pummill Scanning**

**For October, 2022**

| Pages Scanned | Units | Rate | Amount Due |
|---|---|---|---|
| **Boxes 18 - 25** | 20576 | $0.27/page | 10,527.03 |
|  |  | **Total Invoice** | $  **10,527.03** |

Submitted By:
I certify the above charges are correct and just and that payment for such charges have not been received.

Exhibit B -  33



# INVOICE

Drake Law Firm
111 N Last Chance Gulch, Suite 3J
Helena, MT - Montana 59601

| | |
|---|---|
| Invoice #: | 6008 |
| Date: | 12-02-2022 |
| Due On: | 01-02-2023 |

MOUNTAIN WEST FARM BUREAU
P. O. Box 1348
Laramie, WY 82070

Matter Name:  Janna Pummill v. Joshua Patterson et al.; Claim #Z4512

### Services

| Date | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11-02-22 | MK | Review ████████████████ | 0.40 | 195.00 | $78.00 |
| 11-23-22 | MK | Email to ████████ | 0.10 | 195.00 | $19.50 |
| | | | | Services Subtotal: | $97.50 |

| | |
|---|---|
| Total | $97.50 |
| Payment | $0.00 |
| Balance Owing | $97.50 |

### Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $117.00 | + | $97.50 | - | $117.00 | = | **$97.50** |