James P. O'Brien
O'BRIEN LAW OFFICE
P.O. Box 7936
Missoula, MT  59807-7936
Telephone: (406) 721-0660
Facsimile: (406) 721-0664
info@obrienlegalservices.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA MISSOULA DIVISION

MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

ADAM AND JANNA PUMMILL,

Defendants.

Cause No. 9:21-CV-00058

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

COME NOW Defendants, by and through their attorney or record, James P. O'Brien, O'Brien Law Office, P.C., and hereby submit their Objection to Plaintiff's Motion for Attorney Fees and Costs.

Defendants object to the granting of Plaintiff's attorney fees, costs, and expenses as allowed by the Court in the Granting to the Plaintiff's Summary Judgment. While Defendants' object to the Attorney fees costs and expenses, the

1.  DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

Defendants nevertheless verify that the amounts of attorneys' fees, costs, and expenses sought by Plaintiff in Plaintiff's Motion for Attorney Fees and Costs is an accurate amount of attorneys' fees, costs, and expenses paid by Plaintiff in defending claims presented against Defendants.

Dated this 3rd day of January, 2023

s/James P. O'Brien

James P. O'Brien, Attorney for Defendants Adam and Janna Pummill

2. DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS