IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>JANNA PUMMILL AND ADAM PUMMILL,<br><br>Defendants and Counter-Plaintiffs. | CV 21-58-M-SEH<br><br>ORDER |

Pending before the Court is Plaintiff Mountain West Farm Bureau Mutual Insurance Company's (Mountain West) Motion for Attorney Fees and Costs.[1]

On December 1, 2022, this Court's granted Mountain West's Motion for Summary Judgment finding it had no duty to defend the Defendants Adam and Janna Pummill (the Pummills).[2] Mountain West now seeks reimbursement of $154,973.34 for attorney fees and costs paid in the defense the Pummills.[3]

The attorneys fee and costs request motion is supported by an Affidavit of Ruben Dominguez confirming the total amount of attorney fees and costs

---

[1] Doc. 49.
[2] Doc. 47.
[3] Doc. 50 at 2.

expended by Mountain West in the defense of the Pummills.[4] The Pummills responded and objected, but verified the amount of attorneys' fees, costs, and expenses sought by Mountain West to be accurate.[5]

Mountain West was permitted to seek attorney fees and costs under Fed. R. Civ. P. 54(d) following the grant of its Motion for Summary Judgment.[6] The amount of fees and costs requested is not challenged.[7] Mountain West is entitled to reimbursement of $154,973.34 for attorney fees and costs paid in the defense of the Pummills in the underlying lawsuits.

**ORDERED:**

Mountain West's Motion for Attorney Fees and Costs[8] is **GRANTED**. Attorneys' fees and costs are awarded in the amount of $154,973.34.

DATED this 4th day of January, 2023.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 51.
[5] Doc. 52 at 1–2.
[6] Doc. 47 at 11.
[7] See Doc. 52.
[8] Doc. 49.