Bradley J. Luck
Leah T. Handelman
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
bjluck@garlington.com
lthandelman@garlington.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JANNA PUMMILL and ADAM PUMMILL,<br><br>Defendants. | Cause No. CV 21-58-M-SEH<br><br><br>SATISFACTION OF JUDGMENT |

  Plaintiff, Mountain West Farm Bureau Mutual Insurance Company ("Mountain West"), for valid and agreed consideration, acknowledges the full satisfaction of the Judgment against Defendants rendered in this matter on December 6, 2022 (Doc. 48), as well as the Orders dated December 1, 2022 (Doc.

47) and January 4, 2023 (Doc. 54). Mountain West, through its counsel of record, hereby authorizes entry of this satisfaction of record and release of its judgment lien.

DATED this 11th day of January, 2023.

                                           /s/ Leah T. Handelman
                                           Attorneys for Plaintiff